UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:

DEBRA PICKENS

Debtor(s)

Case No. 12-43405-CN 13

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Martha G. Bronitsky, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/18/2012.

2) The plan was confirmed on 06/14/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/27/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/01/2014.

5) The case was completed on 04/18/2017.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $15,030.00.

10) Amount of unsecured claims discharged without payment: $374,610.68.

11) All checks distributed by the trustee relating to this case have cleared the bank.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | |
| Total paid by or on behalf of the debtor | | | $49,396.00 | | | |
| Less amount refunded to debtor | | | $0.00 | | | |
| **NET RECEIPTS:** | | | | | | **$49,396.00** |

| | | |
|---|---|---|
| **Expenses of Administration:** | | |
| Attorney's Fees Paid Through the Plan | $1,400.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,511.91 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,911.91** |
| Attorney fees paid and disclosed by debtor: | $1,300.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFFILIATES IN IMAGING | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT CREDIT UNION | Unsecured | 97,820.00 | 98,956.21 | 98,956.21 | 723.37 | 0.00 |
| ALLIANT CREDIT UNION | Unsecured | 10,418.00 | 10,433.66 | 10,433.66 | 76.27 | 0.00 |
| AT&T | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| BERKELEY EMERGENCY MEDICAL ( | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| FED NATL MTG ASSOC C/O SETERUS | Secured | 10,948.30 | 11,724.64 | 11,724.64 | 11,724.64 | 0.00 |
| GRAVES & ALLEN | Unsecured | 36,000.00 | 37,409.24 | 37,409.24 | 273.46 | 0.00 |
| NORCAL IMAGING OAKLAND | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL C/O WEINSTI | Unsecured | 3,640.00 | 3,331.52 | 3,331.52 | 24.35 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 14,249.88 | 10,996.96 | 10,996.96 | 10,996.96 | 0.00 |
| OPERATING ENGINEERS #3 FCU | Unsecured | NA | 189,627.63 | 189,627.63 | 1,385.13 | 0.00 |
| SSA/OFFICE OF FINANCIAL POLICY | Unsecured | 34,248.00 | NA | NA | 0.00 | 0.00 |
| SUNDANCE RESIDENTAL HOA | Secured | NA | 5,463.86 | 5,463.86 | 5,463.86 | 1,215.27 |
| SUNTRUST MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SURGERY CENTER OF ALTA BATES | Unsecured | 1,146.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FKA WACHOVIA FKA | Secured | 11,600.38 | 13,600.78 | 13,600.78 | 13,600.78 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $36,322.38 | $36,322.38 | $0.00 |
|    Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|    All Other Secured | $5,463.86 | $5,463.86 | $1,215.27 |
| **TOTAL SECURED:** | **$41,786.24** | **$41,786.24** | **$1,215.27** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$339,758.26** | **$2,482.58** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,911.91 |
| Disbursements to Creditors | $45,484.09 |
| **TOTAL DISBURSEMENTS:** | **$49,396.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/11/2017        By: /s/ Martha G. Bronitsky
                                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 11th day of July, 2017.


DEBRA PICKENS  
6006 MARTIN LUTHER KING JR WAY  
OAKLAND, CA  94609

NATHAN D BORRIS ATTY  
1380 A STREET  
HAYWARD, CA  94541

ELECTRONIC SERVICE - United States Trustee


Date:  July 11, 2017

/s/ Trustee Martha G. Bronitsky  
Trustee Martha G. Bronitsky  
Chapter 13 Trustee  
PO Box 5004  
Hayward, CA  94540