# Notice Recipients

District/Off: 0971–4                User: jbolts                Date Created: 7/12/2017
Case: 12–43405                      Form ID: pdfntcal           Total: 49

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Federal National Mortgage Association
                                                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the U.S. Trustee/Oak       USTPRegion17.OA.ECF@usdoj.gov
tr          Martha G. Bronitsky                  13trustee@oak13.com
aty         Andrew Goldberg                      Bkmail@rosicki.com
aty         April Harriott                       aharriott@rasflaw.com
aty         Christopher M. McDermott             ecfcanb@aldridgepite.com
aty         Darlene C. Vigil                     ndcaecf@BDFGroup.com
aty         David J. Boyer                       davidboyerlaw@gmail.com
aty         Jamie D. Hanawalt                    ecfcanb@aldridgepite.com
aty         Jennifer C. Wong                     bknotice@mccarthyholthus.com
aty         Lisa Singer                          LSinger@Rosicki.com
aty         Nathan David Borris                  nateborris@gmail.com
aty         Nichole Glowin                       nglowin@wrightlegal.net
                                                                                                TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Debra Pickens       6006 Martin Luther King Jr. Way       Oakland, CA 94609
cr          JPMorgan Chase Bank, National Association     c/o BDFTW      20955 Pathfinder Rd., Ste. 200      Diamond Bar, CA 91765
cr          SUNTRUST MORTGAGE INC.      C/O Robert J. Jackson & Associates      4199 Campus Drive, Suite 350      Irvine, CA 92612
cr          Wells Fargo Bank, NA      Pite Duncan, LLP      c/o Christopher M. McDermott      4375 Jutland Drive, Suite 200      PO Box 17933      San Diego, CA 92177–0933
cr          Ocwen Loan Servicing, LLC, its assignees and/or successors      c/o McCarthy & Holthus, LLP      1770 Fourth Avenue      San Diego, CA 92101
cr          Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc.      Wright, Finlay & Zak, LLP      c/o Nichole L. Glowin      4665 MacArthur Court, Suite 200      Newport Beach, CA 92660
smg         Labor Commissioner      1515 Clay St.      Room 801      Oakland, CA 94612
smg         State Board of Equalization      Collection Dept.      P.O. Box 942879      Sacramento, CA 94279
smg         CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280–0001
smg         CA Franchise Tax Board      Special Procedures Bankruptcy Unit      P.O. Box 2952      Sacramento, CA 95812–2952
12593868    AHMSI       P.O. Box 631730      Irving, TX 75063–1730
12593871    AT&T        c/o Anderson Financial      PO Box 3097      Bloomington, IL 61702–3097
12593867    Affiliates in Imaging      c/o Fresno Credit Bureau      757 L St      Fresno, CA 93721–2904
12593869    Alliant Credit Union      11545 W Touhy Ave      Chicago, IL 60666–5000
12593870    Alliant Credit Union      11545 W Touhy Ave      Chicago, IL 60666–5000
12593872    Berkeley Emergency Medical Group      c/o JJ Macintyre Co.      1801 California Ave      Corona, CA 92881–7251
12593873    Capital One      PO Box 30281      Salt Lake City, UT 84130–0281
12593874    Chase Mortgage      PO Box 78420      Phoenix, AZ 85062–8420
12593875    Debbie's Home Away from Home      8949 Seneca Street      Oakland, CA 94605
12593876    Debbie's Supported Living Services      3620 Malcolm Ave      Oakland, CA 94605
12593877    Dish Network      c/o WCI      PO Box 97029      Redmond, WA 98073–9729
13840537    Federal National Mortgage Association      creditor c/o Seterus, Inc.      PO Box 1047      Hartford, CT 06143–1047
12822877    Graves & Allen      436 14th Street, Suite 1400      Oakland, CA 94612
12817185    Homeward Residential Inc      Bankruptcy Department      1525 S. Beltline Road Suite 100N      Coppell TX 75019
12779264    JPMorgan Chase Bank, N.A.      Mail Code LA4–5555      700 Kansas Lane      Monroe, LA 71203
12593878    Jeffrey Allen      436 14th Street Suite 1400      Oakland, CA 94612
12593879    Norcal Imaging Oakland      c/o Continental Credit Control      22 N Milpas St Ste C      Santa Barbara, CA 93103–3300
12814731    OAK HARBOR CAPITAL VI, LLC      C O WEINSTEIN AND RILEY, PS      2001 WESTERN AVENUE, STE 400      SEATTLE, WA 98121
13801687    Ocwen Loan Servicing, LLC      Attention: Bankruptcy      P.O. BOX 24605      West Palm Beach, FL 33416–4605
12830248    Opertaing Engineers #3 Federal Credit Union      C/O Winn Law Group, APC      110 E. Wilshire Ave Suite 212      Fullerton, CA 92832
12593880    SSA/Office of Financial Policy      6401 SECURITY BLVD      WOODLAWN , MD 21235
12749044    Sundance Residential Homeowners Assoc., Inc.      Carpenter, Hazlewood, Delgado & Bolen      1400 E. Southern Ave., Suite 400      Tempe, AZ 85282

| | | | | | |
|---|---|---|---|---|---|
| 12593881 | Suntrust Mortgage | Mail Code RVW 3003 | PO Box 26149 | Richmond, VA 23260–6149 | |
| 12593882 | Surgery Center of Alta Bates | c/o Roadrunner Collections | PO Box 9022 | Attn Susan Diaz | La Jolla, CA 92038–9022 |
| 12751815 | Wells Fargo Bank, N.A. | AKA: Wachovia Mortgage | Attn: Bankruptcy Department | 4101 Wiseman Blvd | MAC# T7416–023 San Antonio, TX 78251 |
| 12593883 | Wells Fargo Home Mortgage | PO Box 60505 | City of Industry, CA 91719–0505 | | |

TOTAL: 36